UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

**DOMINIC'S RESTAURANT OF DAYTON, INC., et al.,**

        **Plaintiffs,**

-v-

**CHRISTIE L. MANTIA, et al.,**

        **Defendants.**

Case No. 3:09-cv-131

Judge Thomas M. Rose

---

## ENTRY AND ORDER

---

In its April 11, 2013 Entry and Order, the Court directed Plaintiffs to file a Memorandum addressing the availability of attorneys' fees in this matter as well as evidence of the reasonable number of hours spent on this matter. In response, Plaintiffs have now filed their Memorandum In Support of Availability of Fees. (Doc. #176.) Therein, the Plaintiffs provide a legal basis for an award of fees. They also provide argument regarding a reasonable hourly rate. Nothing further is required on either of these issues.

Plaintiffs' now seek to be awarded attorneys' fees for 456 hours. However, there is no evidence from which the Court can determine if this, or some other number, is a reasonable number of hours. Therefore, Plaintiffs are given until not later than fourteen (14) days following entry of this Order to provide billing records for the hours requested including the hours and total amount billed to the clients and the hours and total amount paid by the clients. From this, the Court would expect to fulfill its obligation to determine the reasonable number of hours.

**DONE** and **ORDERED** in Dayton, Ohio this Fifteenth Day of May, 2013.

                 **s/Thomas M. Rose**

              _____
                 THOMAS M. ROSE
             UNITED STATES DISTRICT JUDGE

Copies furnished to:
  Counsel of Record